IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CYNTHIA TORRES-HARRIS,

    Plaintiff,

vs.                                                         CV No. 08-0729 JCH/GBW

STATE OF NEW MEXICO,
ALVIN DOMINGUEZ, Individually
and in his Official Capacity as District
Engineer, District 1, New Mexico
Department of Transportation,
HAROLD LOVE, Individually and
in his Official Capacity as Assistant
District Engineer, District 1, New
Mexico Department of Transportation,
PAUL GARCIA, Individually and in
his Official Capacity as Supervisor,
District 1, New Mexico Department
of Transportation,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

This matter is before the Court upon a review of the record, and having conferred with counsel about a mutually-convenient date and time, **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Monday, July 6, 2009, at 10:00 a.m.**  Counsel for Plaintiff shall initiate and coordinate the telephone conference call to (575) 528-1460.  It is recommended that a reliable long-distance carrier be used to

insure sound quality.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE