UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CYNTHIA TORRES-HARRIS,

        Plaintiff,

V.                          No. 1:08-CV-00729-JCH/GBW

STATE OF NEW MEXICO,
New Mexico Department of Transportation,

ALVIN DOMINGUEZ,
Individually and in his Official Capacity
As District Engineer, District 1, New Mexico
Department of Transportation;

HAROLD LOVE,
Individually and in his Official Capacity
as Assistant District Engineer, District 1, New Mexico
Department of Transportation;

And

PAUL GARCIA,
Individually and in his Official Capacity
as Supervisor, District 1, New Mexico Department of
Transportation;

        Defendants.

## ORDER EXTENDING PRETRIAL DEADLINES

THIS MATTER comes before the Court on the stipulated motion of the parties to extend certain pretrial deadlines by 75 days. The Court being fully advised, FINDS the motion well taken.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT the following deadlines be extended[1]:

    a. Plaintiff's expert disclosure deadline is extended to July 31, 2009.

    b. Defendants' expert disclosure is extended to August 31, 2009.

    c. Discovery deadline is extended to October 28, 2009.

    d. Discovery motions deadline is extended to November 4, 2009.

    e. Dispositive motion deadline is extended to December 9, 2009.

IT IS SO ORDERED.

_____
Gregory B. Wormuth
United States Magistrate Judge

---

[1] The presiding judge in this case will be alerted to these extensions for her to make any adjustments to the dates scheduled for the docket call, pre-trial conference and trial as she sees fit.